IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Louis Garrett, Jr., | ) | C/A No. 0:19-1953-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NP Amy Enloe; Nurse Lindsey Harris; Nurse | ) | |
| Katherine W. Burgess; Unknown SCDC | ) | |
| Medical Administrator at SCDC | ) | |
| Headquarters; LLD B. Jacobs, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this civil action in July 2019. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On July 20, 2020, the court granted the defendants' third motion for an extension of the deadline for filing dispositive motions until August 5, 2020. (ECF No. 74.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **August 25, 2020** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

**IT IS SO ORDERED.**

August 18, 2020
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE